IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
(SAN ANTONIO DIVISION)

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>THE STATE OF ALASKA,<br><br>THE STATE OF HAWAII, AND<br><br>THE NORTHWEST CLEAN AIR AGENCY,<br><br>    Plaintiffs,<br>v.<br><br>TESORO REFINING & MARKETING COMPANY LLC,<br><br>TESORO ALASKA COMPANY LLC,<br><br>TESORO LOGISTICS L.P., AND<br><br>PAR HAWAII REFINING, LLC,<br><br>    Defendants. | Civ. No. SA-16-cv-00722 |

## NOTICE OF LODGING OF CONSENT DECREE

Pursuant to 28 C.F.R. § 50.7, Plaintiff, the United States of America, by the authority of the Attorney General, through its undersigned attorneys, and at the request of the Administrator of the United States Environmental Protection Agency (EPA), and the State of Alaska, the State of Hawaii, and the Northwest Clean Air Agency (NWCAA) hereby lodge the attach Consent Decree in the above-captioned action. Notice of this lodging of the Consent Decree will be

United States et al. v. Tesoro, et al. Complaint                                                                                              Page 1.

published in the Federal Register. During the pendency of the 30-day public comment period required under 28 C.F.R. § 50.7, no action is required of this Court. After the expiration of the public comment period and evaluation of the comments received, the United States will advise the Court as to whether the Consent Decree may be entered or whether further action may be required.

Respectfully Submitted,

FOR THE UNITED STATES OF AMERICA:

THE UNITED STATES DEPARTMENT OF JUSTICE

JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division

/s/ Elizabeth L. Loeb
ELIZABETH L. LOEB
Senior Counsel
Environmental Enforcement Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Elizabeth.Loeb@usdoj.gov
(202) 616-8916

RICHARD L. DURBIN, JR.
United States Attorney

/s/ Susan Strawn
SUSAN STRAWN
Tex. Bar No. 19374330
Assistant United States Attorney
601 NW Loop 410, Ste 600
San Antonio, TX 78216
Tel. (210) 384-7388
Fax (210)384-7312
SStrawn@usa.doj.gov

FOR THE STATE OF ALASKA

   CRAIG W. RICHARDS
   ATTORNEY GENERAL

  By: /s/ Jennifer A. Currie
    JENNIFER A. CURRIE
    Assistant Attorney General
    Alaska Bar No. 0609056
    Department of Law
    1031 West Fourth Avenue, Suite 200
    Anchorage, AK 99501
    Phone: (907) 269-5274

FOR THE STATE OF HAWAII:

   DOUGLAS S. CHIN (Hawaii Bar No. 6465)
   Attorney General
   State of Hawaii

   /s/ William F. Cooper
   HEIDI M. RIAN (Hawaii Bar No. 3473)
   WILLIAM F. COOPER (Hawaii Bar No. 4501)
   Deputy Attorneys General
   465 South King Street Room 200
   Honolulu, Hawaii 96813

FOR THE NORTHWEST CLEAN AIR AGENCY:

   /s/ Laughlan H. Clark
   LAUGHLAN H. CLARK
   WSBA #10996
   Carmichael Clark, P.S.
   1700 D Street
   Bellingham, WA 98227
   (360) 647-1500

CERTIFICATE OF SERVICE

      I hereby certify that I caused a true and correct copy of the foregoing Notice of Lodging to be served upon the following counsel for Defendants by first class mail, postage pre-paid because they are not yet registered in the Court's electronic case filing system.

Stoney K. Vining, Esq.
Senior Counsel
Tesoro Companies, Inc.
19100 Ridgewood Parkway;
San Antonio, Texas 78259

Peter Modlin, Esq.
Gibson Dunn
555 Mission Street
Suite 3000
San Francisco, CA 94105-0921

Stacie Fletcher, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.,
Washington, DC 20036-5306

David Berz, Esq.
Weil Gotshal & Manges
1300 I St NW #900e,
Washington, DC 20005

                                                                          /s/Elizabeth L. Loeb
                                                                          Elizabeth L. Loeb
                                                                          Senior Counsel
                                                                          U.S. Department of Justice