UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>THE STATE OF ALASKA,<br><br>THE STATE OF HAWAII, AND<br><br>THE NORTHWEST CLEAN AIR AGENCY,<br><br>    Plaintiffs,<br>v.<br><br>TESORO REFINING & MARKETING COMPANY LLC,<br><br>TESORO ALASKA COMPANY LLC,<br><br>TESORO LOGISTICS L.P., AND<br><br>PAR HAWAII REFINING, LLC,<br><br>    Defendants. | Case. No. SA-16-cv-00722-OG |

**MOTION FOR ADMISSION PRO HAC VICE**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Senior Assistant Attorney General Jennifer A. Currie, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent the State of Alaska in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney for the State of Alaska in the Department of Law, Office of the Attorney General with offices at:

        Mailing address: <u>1031 W. 4th Ave., Ste. 200</u>

        City, State, Zip Code: <u>Anchorage, AK 99504</u>

        Telephone: <u>(907) 269-5274</u>        Facsimile: <u>(907) 278-7022</u>

2.    Since 2006, Applicant has been and presently is a member of and in good standing with the Bar of the State of Alaska.

        Applicant's bar license number is 0609056.

3.    Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| All Alaska State Courts | 2006 |
| United States District Court – Alaska | 2008 |
|  |  |

4.    Applicant is presently a member in good standing of the bars of the courts listed above.

5.    Applicant has not previously applied to Appear Pro Hac Vice in this district court in any case.

6.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

7.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses.

8.    Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.  Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested.

Applicant is employed by the State of Alaska, so should the Court grant applicant's motion, Applicant shall be exempt from any Pro Hac Vice fee. *See* Local Court Rule AT-1(g).

Wherefore, Applicant prays that this Court enter an order permitting the admission of Senior Assistant Attorney General Jennifer A. Currie to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Jennifer A. Currie

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of this motion to be served upon each attorney of record and the original upon the Clerk of Court on this the 18 day of 2016. 2016.

_Jennifer Cerne by /s/_