UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
San Antonio Division

THE UNITED STATES OF AMERICA,
THE STATE OF ALASKA,
THE STATE OF HAWAII, AND
THE NORTHWEST CLEAN AIR AGENCY,
vs.
TESORO REFINING & MARKETING COMPANY LLC,
TESORO ALASKA COMPANY LLC,
TESORO LOGISTICS L.P., AND
PAR HAWAII REFINING, LLC,

Case No.: SA-16-cv-00722-OG

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Laughlan H. Clark__, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent __The Northwest Clean Air Agency__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) __Carmichael Clark, P.S.__ with offices at:

   Mailing address: __1700 D Street__

   City, State, Zip Code: __Bellingham, WA 98225__

   Telephone: __(360) 647-1500__    Facsimile: __(360) 647-1501__

2. Since __October 24, 1980__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __Washington__.
   Applicant's bar license number is __10996__.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | Washington State Courts | 10/24/1980 |
   | US District Court, Western & Eastern Districts | Western Dist - Jan. 1981<br>Eastern Dist. - Oct. 2009 |
   | US Court of Appeals - 9th Circuit | 1989 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: _____

Mailing address: _____

City, State, Zip Code: _____

Telephone: _____

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Laughlan H. Clark to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Laughlan H. Clark
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Motion for Admission Pr Hac Vice to be served upon the following counsel for Defendants by first class mail, postage pre-paid because they are not yet registered in the Court's electronic case filing system.

Stoney K. Vining, Esq.
Senior Counsel
Tesoro Companies, Inc.
19100 Ridgewood Parkway;
San Antonio, Texas 78259

Peter Modlin, Esq.
Gibson Dunn
555 Mission Street
Suite 3000
San Francisco, CA 94105-0921

Stacie Fletcher, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.,
Washington, DC 20036-5306

David Berz, Esq.
Weil Gotshal & Manges
1300 I St NW #900e,
Washington, DC 20005

Laughlan H. Clark
printed name of Applicant]

[signature of Applicant]