IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
(SAN ANTONIO DIVISION)

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> THE STATE OF ALASKA, <br><br> THE STATE OF HAWAII, AND <br><br> THE NORTHWEST CLEAN AIR AGENCY, <br><br>         Plaintiffs, <br> v. <br><br> TESORO REFINING & MARKETING COMPANY LLC, <br><br> TESORO ALASKA COMPANY LLC, <br><br> TESORO LOGISTICS L.P., AND <br><br> PAR HAWAII REFINING, LLC, <br><br>         Defendants. | Civ.  No. 5:16-cv-No. 00722 |

## NOTICE OF CHANGE OF ADDRESS

Pursuant to Paragraph 250 of the Consent Decree, the United States hereby notifies all Parties that the address for overnight mail service such as Federal Express for the Department of Justice has changed to:

> 4 Constitution Square
> 150 M. Street NE Room 5.1609
> Washington, D.C. 20001

The United States Postal Service address in the Consent Decree has not changed (P.O Box 7611, Washington D.C. 20044).

                                          Respectfully Submitted,

                                          /s/ Elizabeth L. Loeb
                                          ELIZABETH L. LOEB
                                          Senior Attorney
                                          Environmental Enforcement Section
                                          Environment & Natural Resources Division
                                          P.O. Box 7611
                                          Washington, D.C. 20044
                                          Elizabeth.Loeb@usdoj.gov
                                          (202) 616-8916