# Appendix A-3

# APPENDIX A-3

## MARTINEZ FACILITY EMISSION UNITS AND ASSOCIATED EMISSION SOURCES TO BE PERMANENTLY SHUT DOWN AND HAVE ALL PERMITS SURRENDERED BY NO LATER THAN SUBMITTAL DATE OF NOTICE OF CONVERSION

| Equipment Category | BAAQMD Source No. | Emission Unit and Associated Emission Sources | Idle Date for Consent Decree Paragraph 58.c | Excluded from Definition of CD Emissions Reductions if used only for permitting Martinez NPR Facility |
|---|---|---|---|---|
| FCCU | S802 | FCCU | May 1, 2020 | Not Excluded |
| | S804 | FCCU Blowdown Tower | May 1, 2020 | Not Excluded |
| | S822 | Cracker Area Blowdown | May 1, 2020 | Not Excluded |
| | S853 | FCCU Feed Surge Drum | May 1, 2020 | Not Excluded |
| | S901 | No. 7 Boiler | May 1, 2020 | Not Excluded |
| | S902 | FCCU Startup Heater | May 1, 2020 | Not Excluded |
| | S97 | FCCU Catalyst Fines Hopper | May 1, 2020 | Not Excluded |
| | S98 | FCCU East Catalyst Hopper | May 1, 2020 | Not Excluded |
| | S99 | FCCU West Catalyst Hopper | May 1, 2020 | Not Excluded |
| | A001 | Fugitives – FCCU | May 1, 2020 | Not Excluded, except VOC emissions from monitored components excluded∗ |
| | A044 | Fugitives – No. 7 Boiler | May 1, 2020 | Not Excluded, except VOC emissions from monitored components excluded∗ |
| No. 6 Boiler† | S904 | No. 6 Boiler | May 1, 2020 | Not Excluded, except 2.129 tons per year $NO_X$ emissions and all $SO_2$, VOC, $PM_{10}$ and $PM_{2.5}$ emissions excluded∗ |
| | A031 | Fugitives – No. 6 Boiler | May 1, 2020 | Not Excluded, except VOC emissions from monitored components excluded∗ |
| No. 50 Crude Unit† | S1001 | No. 50 Crude Unit | May 1, 2020 | Not Excluded |
| | S603 | Tank A-603 – Desalter Break Tank♠ | May 1, 2020 | Not Excluded |
| | S606 | No. 50 Unit Wastewater Air Stripper A | May 1, 2020 | Not Excluded |
| | S607 | No. 50 Unit Wastewater Air Stripper B | May 1, 2020 | Not Excluded |
| | S834 | No. 50 Crude Unit Blowdown Drum | May 1, 2020 | Not Excluded |
| | S950 | No. 50 Unit Crude Heater (F50) | May 1, 2020 | Not Excluded, except 1.454 tons per year $NO_X$ emissions and all $SO_2$, VOC, $PM_{10}$ and $PM_{2.5}$ emissions excluded∗ |
| | S987 | No. 50 Cooling Tower (CT-016) | Nov. 1, 2020 | Not Excluded, except VOC emissions excluded∗ |

| | S1484 | Desalter Oil Water Separator | May 1, 2020 | Not Excluded |
|---|---|---|---|---|
| | S1524 | 50 Unit Flare | Sept. 23, 2020 | Not Excluded |
| | A016 | Fugitives – No. 50 Crude Unit | May 1, 2020 | Not Excluded, except VOC emissions from monitored components excluded∗ |
| No. 3 Crude/Vacuum Units† | S815 | No. 1 Feed Prep | May 1, 2020 | Not Excluded |
| | S816 | No. 2 Feed Prep | May 1, 2020 | Not Excluded |
| | S817 | No. 3 Crude Unit | May 1, 2020 | Not Excluded |
| | S909 | No. 1 Feed Prep Heater (F9) | May 1, 2020 | Not Excluded, except 0.392 tons per year $NO_X$ emissions excluded∗ |
| | S912 | No. 1 Feed Prep Heater (F12) | May 1, 2020 | Not Excluded, except 0.594 tons per year $NO_X$ emissions and all $SO_2$, VOC, $PM_{10}$ and $PM_{2.5}$ emissions excluded∗ |
| | S913 | No. 2 Feed Prep Heater (F13) | May 1, 2020 | Not Excluded, except 0.224 tons per year $NO_X$ emissions excluded∗ |
| | S977 | No. 3 Crude Cooling Tower (CT-048) | Nov. 1, 2020 | Not Excluded, except VOC emissions excluded∗ |
| | S979 | No. 2 Feed Prep Cooling Tower (CT-013) | Nov. 1, 2020 | Not Excluded, except VOC emissions excluded∗ |
| | S1470 | No. 3 Crude Vacuum Distillation Heater/No. 71 Furnace | May 1, 2020 | Not Excluded, except 0.174 tons per year $NO_X$ emissions excluded∗ |
| | S908 | No. 3 Crude Heater (F8) | May 1, 2020 | Not Excluded, except 1.064 tons per year $NO_X$ emissions and all $SO_2$, VOC, $PM_{10}$ and $PM_{2.5}$ emissions excluded∗ |
| | A011 | Fugitives – No. 1 Feed Prep Unit | May 1, 2020 | Not Excluded, except VOC emissions from monitored components excluded∗ |
| | A013 | Fugitives – No. 2 Feed Prep Unit | May 1, 2020 | Not Excluded, except VOC emissions from monitored components excluded∗ |
| | A048 | Fugitives – No. 3 Crude Unit | May 1, 2020 | Not Excluded, except VOC emissions from monitored components excluded∗ |
| Reformer | S795 | V-307 Perchloroethylene | May 1, 2020 | Not Excluded |
| | S915 | Platformer Intermediate Heater (F15) | May 1, 2020 | Not Excluded, except 0.033 tons per year $NO_X$ emissions excluded∗ |
| | S927 | No. 2 Reformer Heat/Reheating (F27) | May 1, 2020 | Not Excluded |
| | S951 | No. 2 Reformer Auxiliary Reheater (F51) | May 1, 2020 | Not Excluded |
| | S971 | No. 3 Reformer UOP Furnace (F53) | May 1, 2020 | Not Excluded, except 0.977 tons per year $NO_X$ emissions and all $SO_2$, VOC, $PM_{10}$ and $PM_{2.5}$ emissions excluded∗ |
| | S972 | No. 3 Reformer Debut. Reboiler (F54) | May 1, 2020 | Not Excluded, except 0.150 tons per year $NO_X$ emissions and all $SO_2$, VOC, $PM_{10}$ and $PM_{2.5}$ emissions excluded∗ |
| | S1004 | No. 2 Catalytic Reformer | May 1, 2020 | Not Excluded |

| | S1020 | No. 3 UOP Reformer | May 1, 2020 | Not Excluded |
|---|---|---|---|---|
| | S988 | No. 3 Reformer Cooling Tower (CT-075) | Nov. 1, 2020 | Not Excluded, except VOC emissions excluded* |
| | A075 | Fugitives – No. 3 Reformer | May 1, 2020 | Not Excluded, except VOC emissions from monitored components excluded* |
| Delayed Coker† | S1510 | Delayed Coker | May 1, 2020 | Not Excluded |
| | S1513 | Coke Screen/Crusher | Nov. 1, 2020 | Not Excluded |
| | S1514 | Coke Silo No. 1 | Nov. 1, 2020 | Not Excluded |
| | S1515 | Coke Silo No. 2 | Nov. 1, 2020 | Not Excluded |
| | S1516 | Coker Truck Loadout | Nov. 1, 2020 | Not Excluded |
| No. 1 HDS | S916 | No. 1 HDS Heater (F16) | May 1, 2020 | Not Excluded, except 0.171 tons per year $NO_X$ emissions excluded* |
| | S917 | No. 1 HDS Prefract Reboiler (F17) | May 1, 2020 | Not Excluded, except 0.055 tons per year $NO_X$ emissions excluded* |
| | S981 | No. 1 HDS Cooling Tower | May 1, 2020 | Not Excluded |
| No. 2 HDS | S921 | No. 2 HDS Charge Heater (F21) | May 1, 2020 | Not Excluded |
| No. 3 HDS | S974 | No. 3 HDS Fract Feed Heater (F56) | May 1, 2020 | Not Excluded, except 0.096 tons per year $NO_X$ emissions excluded* |
| No. 4 Gas Plant† | S955 | No. 4 Gas Plant Vapor Compressor (4064) | May 1, 2020 | Not Excluded, except 0.328 tons per year $NO_X$ emissions excluded* |
| | S956 | No. 4 Gas Plant Vapor Compressor (4065) | May 1, 2020 | Not Excluded, except 0.237 tons per year $NO_X$ emissions excluded* |
| | S957 | No. 4 Gas Plant Vapor Compressor (4066) | May 1, 2020 | Not Excluded, except 0.152 tons per year $NO_X$ emissions excluded* |
| | S958 | No. 4 Gas Plant Vapor Compressor (4067) | May 1, 2020 | Not Excluded, except 0.068 tons per year $NO_X$ emissions excluded* |
| | S959 | No. 4 Gas Plant Vapor Compressor (4068) | May 1, 2020 | Not Excluded, except 0.219 tons per year $NO_X$ emissions excluded* |
| | S960 | No. 4 Gas Plant Vapor Compressor (4096) | May 1, 2020 | Not Excluded, except 0.026 tons per year $NO_X$ emissions excluded* |
| | S975 | No. 4 Gas Cooling Tower (CT-007) | Dec. 1, 2020 | Not Excluded, except VOC emissions excluded* |
| | A007 | Fugitives – No. 4 Gas Plant | May 1, 2020 | Not Excluded, except VOC emissions from monitored components excluded* |
| Alkylation Unit† | S1009 | Alkylation Unit | May 1, 2020 | Not Excluded |
| | A073 | Fugitives – Alkylation Unit | May 1, 2020 | Not Excluded, except VOC emissions from monitored components excluded* |
| | S983 | Alky/No. 2 Reformer Cooling Towers (CT-073 and CT-006) | Nov. 1, 2020 | Not Excluded, except VOC emissions excluded* |
| SRP | S1401 | Sulfur Recovery Unit | Dec. 5, 2020 | Not Excluded, except 0.524 tons per year $NO_X$ emissions excluded* |
| | S1404 | Sulfur Storage Tank (A-756) | Dec. 5, 2020 | Not Excluded |
| | S1405 | Sulfur Collection Pit | Dec. 5, 2020 | Not Excluded |

| | | | | |
|---|---|---|---|---|
| | S1571 | Sulfur Loading Truck Terminal | Dec. 5, 2020 | Not Excluded |
| | A078 | Fugitives – SCOT | Dec. 5, 2020 | Not Excluded, except VOC emissions from monitored components excluded* |
| | A081 | Fugitives – Sulfur | Dec. 5, 2020 | Not Excluded, except VOC emissions from monitored components excluded* |
| | A1402 | SCOT Tail Gas Unit | Dec. 5, 2020 | Not Excluded |
| | A1525 | SRU Stack Incinerator | Dec. 5, 2020 | Not Excluded |
| Ammonia Recovery Unit | S851 | Ammonia Recovery Unit | Dec. 5, 2020 | Not Excluded |
| | S1013 | Ammonia Plant Flare | Dec. 5, 2020 | Not Excluded |
| | S1422 | Sour Water Feed Tank | Dec. 5, 2020 | Not Excluded |
| | A080 | Fugitives – Ammonia Recovery Unit | Dec. 5, 2020 | Not Excluded, except VOC emissions from monitored components excluded* |
| DEA Treating | S590 | DEA Flash Drum | May 1, 2020 | Not Excluded |
| | S771 | Tank 2-A-713 – DEA♠ | May 1, 2020 | Not Excluded |
| | S825 | DEA Regenerator | May 1, 2020 | Not Excluded |
| | S856 | DEA Spare Stripper | May 1, 2020 | Not Excluded |
| | A083 | Fugitives – DEA Flash Drum & Spare DEA Stripper | May 1, 2020 | Not Excluded, except VOC emissions from monitored components excluded* |
| | A014 | Fugitives – DEA Regenerator | May 1, 2020 | Not Excluded, except VOC emissions from monitored components excluded* |
| Sulfuric Acid Plant | S1411 | Sulfuric Acid Mfg Plant | May 1, 2020 | Not Excluded, except 2.481 tons per year $NO_X$ emissions excluded* |
| | S1412 | Sulfuric Acid Mfg Plant Startup Heater | May 1, 2020 | Not Excluded |
| | S1413 | No. 1 Oleum Tank A-763 | May 1, 2020 | Not Excluded |
| | S1415 | H2SO4 Loading Dock | May 1, 2020 | Not Excluded |
| | S1416 | No. 1 Spent Acid Tank A-746 | May 1, 2020 | Not Excluded |
| | A082 | Fugitives – Acid Plant | May 1, 2020 | Not Excluded, except VOC emissions from monitored components excluded* |
| Storage Tanks | S327 | Tank A-327 – Caustic Waste | Dec. 31, 2022 | Not Excluded |
| | S467 | Tank A-467 -- Caustic | May 1, 2020 | Not Excluded |
| | S495 | Tank A-495 – Turbine Oil | May 1, 2020 | Not Excluded |
| | S662 | Tank A-662 – Gas Oil | May 1, 2020 | Not Excluded |
| No. 1 HDA | S1006 | No. 1 HDA Unit | May 1, 2020 | Not Excluded |

| | | | | |
|---|---|---|---|---|
| Butadiene Plant | S1040 | Butadiene Plant | May 1, 2020 | Not Excluded |
| No. 5 Gas Plant | S922 | No. 5 Gas Debutanizer Reboiler | May 1, 2020 | Not Excluded, except 0.418 tons per year $NO_X$ emissions excluded∗ |

† Equipment and components monitored for fugitive emissions that will remain in service as part of the Martinez NPR Facility may be physically interconnected with piping, utilities, or other components within this process unit. Nothing in this Appendix A-3 nor Paragraph 58.e of the First Material Modification shall require Tesoro to remove any such equipment or components from service, provided, however, that Tesoro shall use best efforts to reassign any such equipment or components to the BAAQMD fugitive area or source identification number associated with the appropriate operating process unit(s) at the Martinez NPR Facility.

∗ These exceptions to the definition of CD Emissions Reductions are based on Tesoro's (i) Application for Authority to Construct, dated September 30, 2020; (ii) Authority to Construct for Application No. 30768, dated September 13, 2022; and (iii) Alternative Compliance Plan Application for BAAQMD Rule 9-10, dated October 10, 2020, and the related approval dated November 30, 2022, which taken together amount to a total of twelve tons per year of $NO_X$, one ton per year of $SO_2$, and ten tons per year of VOC in available emission credits to be exclusively used for permitting purposes for the Martinez NPR Facility.

♠ Notwithstanding the deadlines in Paragraphs 59.e.i and 59.e.ii of Section V of this Consent Decree, Tesoro shall permanently shut down and surrender permits for Tank A-603 (BAAQMD Source No. S603) and Tank 2-A-713 (BAAQMD Source No. S771) by no later than December 31, 2023.